**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ELVIN TYRONE JOEL SCOTT;                                                              PLAINTIFFS
BRIAN MOORE; and DERRICK BOGAN

v.                                   NO. 3:14-CV-00281 JLH/BD

LARRY MILLS, Sheriff, Poinsett County; and
JOEY MARTIN, Jail Administrator, Poinsett County                           DEFENDANTS

**ORDER**

On December 1, 2014, Elvin Tyrone Joel Scott filed this lawsuit on behalf of himself, Brian Moore, and Derrick Bogan. The complaint alleged that plaintiffs' constitutional rights were violated while they were housed at the Poinsett County Detention Center ("Detention Center"). Document #2. On December 4, 2014, the Court ordered plaintiffs to file an amended complaint within thirty days to address several problems. Document #3.

First, none of the plaintiffs had signed the complaint, so the Court instructed them to submit a signed amended complaint within thirty days. Second, because none of the allegations in the complaint related to Moore's or Bogan's constitutional claims, Moore and Bogan were instructed to explain in the amended complaint how their constitutional rights were violated while they were housed at the Detention Center. And third, although Scott completed an application to proceed *in forma pauperis*, Moore and Bogan had not satisfied the filing fee requirement. The Court ordered Moore and Bogan to file *in forma pauperis* applications or pay a filing fee within thirty days. All plaintiffs were cautioned that their claims could be dismissed if they did not comply with the Order.

Moore did file an application to proceed *in forma pauperis*, which was granted. Document #4.  The plaintiffs, however, have not submitted a signed, amended complaint. And Bogan has neither applied to proceed *in forma pauperis* nor paid the filing fee.

Accordingly, plaintiffs' claims are DISMISSED, without prejudice, for failure to comply with the December 4, 2014 Court Order.  *See* Local Rule 5.5.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED this 15th day of January, 2015.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE