IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELVIN TYRONE JOEL SCOTT;                                                              PLAINTIFFS
BRIAN MOORE; and DERRICK BOGAN

v.                          NO. 3:14-CV-00281 JLH/BD

LARRY MILLS, Sheriff, Poinsett County; and
JOEY MARTIN, Jail Administrator, Poinsett County                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 15th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE